# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re:     MICHAEL SCOTT DEEL                                                        Chapter 13
                                                                        Case No.: 06-50759-FJS

           Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.   Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
| --- | --- |

MICHAEL SCOTT DEEL                                                                    $700.00
4027 TWIN CITY DRIVE
COUNCIL BLUFFS, IA 51501-8508

Date: July 10, 2009                              /s/ George W. Neal
                                                 _____

                                                 George W. Neal
                                                 Chapter 13 Standing Trustee
                                                 870 Greenbrier Circle, Suite 402
                                                 Chesapeake, VA  23320
                                                 (757) 961-3000