# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   MICHAEL SCOTT DEEL                                                                                  Chapter 13
                                                                                                             Case No.: 06-50759-FJS

   Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| MICHAEL SCOTT DEEL<br>4027 TWIN CITY DRIVE<br>COUNCIL BLUFFS, IA 51501-8508 | $700.00 |

Date: August 24, 2009                                         /s/ George W. Neal
                                                             _____
                                                             George W. Neal
                                                             Chapter 13 Standing Trustee
                                                             870 Greenbrier Circle, Suite 402
                                                             Chesapeake, VA  23320
                                                             (757) 961-3000